**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GALLARDO, MICHAEL J § Case No. 13-80006
　　　　GALLARDO, AMY R §
　　　　　　　　　　　　　　　　§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

　　The undersigned trustee hereby makes this Final Report and states as follows:

　　1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 02, 2013. The undersigned trustee was appointed on February 27, 2013.

　　2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

　　4. The trustee realized the gross receipts of　　$　　　26,147.53

　　　　Funds were disbursed in the following amounts:
　　　　Payments made under an
　　　　　interim distribution　　　　　　　　　　　　0.00
　　　　Administrative expenses　　　　　　　　　　　0.00
　　　　Bank service fees　　　　　　　　　　　　　27.57
　　　　Other payments to creditors　　　　　　　　　0.00
　　　　Non-estate funds paid to 3rd Parties　　　　　0.00
　　　　Exemptions paid to the debtor　　　　　　　　0.00
　　　　Other payments to the debtor　　　　　　　　0.00

　　　　Leaving a balance on hand of [1]　　$　　　26,119.96

The remaining funds are available for distribution.

　　5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/07/2013 and the deadline for filing governmental claims was 05/07/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,918.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,918.74, for a total compensation of $2,918.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2013    By: /s/STEPHEN G. BALSLEY
                        Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

Page: 1

**Case Number:** 13-80006  
**Case Name:** GALLARDO, MICHAEL J  
GALLARDO, AMY R  
**Period Ending:** 11/04/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/02/13 (f)  
**§341(a) Meeting Date:** 01/31/13  
**Claims Bar Date:** 05/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Money card | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous household goods and furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Anticipated tax refund (most due to EIC).<br>Value changed per Amended Schedules B and C filed 04/25/2013. | 8,168.00 | 0.00 | | 0.00 | FA |
| 5 | 1996 Dodge Grand Caravan. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1/6th interest (Joint Debtor) Grandma's Estate (u)<br>See Amended Schedules B & C filed 04/25/2013.<br>See Order disallowing exemption entered 05/29/2013. | Unknown | 26,147.53 | | 26,147.53 | FA |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$11,473.00** | **$26,147.53** | | **$26,147.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    November 4, 2013  (Actual)

Printed: 11/04/2013 09:26 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-80006 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | GALLARDO, MICHAEL J | | **Bank Name:** | Rabobank, N.A. |
| | GALLARDO, AMY R | | **Account:** | ****881566 - Checking Account |
| **Taxpayer ID #:** | **-***1871 | | **Blanket Bond:** | $736,000.00 (per case limit) |
| **Period Ending:** | 11/04/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/13 | {6} | Viola Brown, Estate | Debtor, Amy Gallardo, inheritance of her grandmother's estate | 1229-000 | 26,147.53 | | 26,147.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.57 | 26,119.96 |
| | | | **ACCOUNT TOTALS** | | 26,147.53 | 27.57 | **$26,119.96** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 26,147.53 | 27.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,147.53** | **$27.57** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****881566** | **26,147.53** | **27.57** | **26,119.96** |
| | **$26,147.53** | **$27.57** | **$26,119.96** |

{} Asset reference(s)

Printed: 11/04/2013 09:26 AM    V.13.13

# Claims Register

## Case: 13-80006    GALLARDO, MICHAEL J

Claims Bar Date:  05/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br><br>ROCKFORD, IL 61108<br><br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>01/02/13 | [Updated by Surplus to Debtor Report based on Net Estate Value: 21687.40] | $2,918.74<br>$2,918.74 | $0.00 | $2,918.74 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)>, 200 | Admin Ch. 7<br>01/02/13 | | $2,625.50<br>$2,625.50 | $0.00 | $2,625.50 |
| | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br><br>Rockford, IL 61108<br><3120-00   Attorney for Trustee Expenses (Trustee Firm)>, 200 | Admin Ch. 7<br>01/02/13 | Copies of probate documents from McHenry County (3/11/13). | $8.00<br>$8.00 | $0.00 | $8.00 |
| 1 | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br><br>Valhalla, NY 10595<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/07/13 | 500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br>---------------------------------------------------------------------------* * * | $199.84<br>$199.84 | $0.00 | $199.84 |
| 1I | Cavalry Portfolio Services<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>02/07/13 | | $0.31<br>$0.31 | $0.00 | $0.31 |
| 2 | Citizens Finance of Illinois<br>60 W. Terra Cotta Ave<br>Unit D<br>Crystal Lake, IL 60014<br><br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>02/08/13 | 60 W. Terra Cotta Ave<br>Unit D<br>Crystal Lake, IL 60014<br>---------------------------------------------------------------------------* * * | $3,617.47<br>$3,617.47 | $0.00 | $3,617.47 |
| 2I | Citizens Finance of Illinois<br>60 W. Terra Cotta Ave<br>Unit D<br>Crystal Lake, IL 60014<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | Unsecured<br>02/08/13 | | $5.55<br>$5.55 | $0.00 | $5.55 |

# Claims Register

### Case: 13-80006  GALLARDO, MICHAEL J

Claims Bar Date: 05/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | Commonwealth Edison Company<br>Attn: Bankruptcy Section<br>3 Lincoln Center, 4th Floor<br>Oakbrook Terrace, IL 60181<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>03/25/13 | Attn: Bankruptcy Section<br>3 Lincoln Center, 4th Floor<br>Oakbrook Terrace, IL 60181<br>------------------------------------------------------------------------------\* \* \* | $7,503.25<br>$7,503.25 | $0.00 | $7,503.25 |
| 3I | Commonwealth Edison Company<br>Attn: Bankruptcy Section<br>3 Lincoln Center, 4th Floor<br>Oakbrook Terrace, IL 60181<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>03/25/13 | | $11.51<br>$11.51 | $0.00 | $11.51 |
| 4 | Quantum3 Group LLC as agent for<br>EC2N Trust<br>PO Box 788<br>Kirkland, WA 98083-0788<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/03/13 | EC2N Trust<br>PO Box 788<br>Kirkland, WA 980830788<br>------------------------------------------------------------------------------\* \* \* | $468.49<br>$468.49 | $0.00 | $468.49 |
| 4I | Quantum3 Group LLC as agent for<br>EC2N Trust<br>PO Box 788<br>Kirkland, WA 98083-0788<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/03/13 | | $0.72<br>$0.72 | $0.00 | $0.72 |
| 5 | Collecto US Assets Management, Inc.<br>Jefferson Capital Systems LLC<br>Assignee<br>PO Box 953185<br>St. Louis, MO 63195-3185<br><br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/08/13 | c o Jefferson Capital Systems LLC<br>PO BOX 7999,SAINT CLOUD MN 56302-9617<br>,<br>------------------------------------------------------------------------------\* \* \* | $1,071.26<br>$1,071.26 | $0.00 | $1,071.26 |
| 5I | Collecto US Assets Management, Inc.<br>Jefferson Capital Systems LLC<br>Assignee<br>PO Box 953185<br>St. Louis, MO 63195-3185<br><7990-00   Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | Unsecured<br>04/08/13 | | $1.64<br>$1.64 | $0.00 | $1.64 |

# Claims Register

## Case: 13-80006  GALLARDO, MICHAEL J

Claims Bar Date: 05/07/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Nicor Gas<br>Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507 | Unsecured<br>05/07/13 | Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507<br>-----------------------------------------------------------------------------* * * | $3,222.61<br>$0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -2 | Nicor Gas<br>Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507 | Unsecured<br>05/07/13 | Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507<br>-----------------------------------------------------------------------------* * * | $3,222.61<br>$0.00 | $0.00 | $0.00 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6 -3 | Nicor Gas<br>Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507 | Unsecured<br>05/07/13 | Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507<br>-----------------------------------------------------------------------------* * * | $3,222.61<br>$3,222.61 | $0.00 | $3,222.61 |
| | <7100-00  General Unsecured § 726(a)(2)>,  610 | | | | | |
| 6I-3 | Nicor Gas<br>Attn: Bankruptcy Dept.<br>Post Office Box 549<br>Aurora, IL 60507 | Unsecured<br>05/07/13 | | $4.94<br>$4.94 | $0.00 | $4.94 |
| | <7990-00  Surplus Cases Interest on Unsecured Claims (including priority)>,  640 | | | | | |
| SURPLUS | AMY R. GALLARDO<br>8605 MEMORY TRAIL<br>WONDER LAKE, IL 60097 | Unsecured<br>01/02/13 | | $4,460.13<br>$4,460.13 | $0.00 | $4,460.13 |
| | <8200-00  Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>,  650 | | | | | |
| | | | **Case Total:** | | **$0.00** | **$26,119.96** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-80006
Case Name: GALLARDO, MICHAEL J
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:**  $ 26,119.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 26,119.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,918.74 | 0.00 | 2,918.74 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,625.50 | 0.00 | 2,625.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 8.00 | 0.00 | 8.00 |

Total to be paid for chapter 7 administration expenses:  $ 5,552.24
Remaining balance:  $ 20,567.72

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 20,567.72

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,567.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,082.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 199.84 | 0.00 | 199.84 |
| 2 | Citizens Finance of Illinois | 3,617.47 | 0.00 | 3,617.47 |
| 3 | Commonwealth Edison Company | 7,503.25 | 0.00 | 7,503.25 |
| 4 | Quantum3 Group LLC as agent for | 468.49 | 0.00 | 468.49 |
| 5 | Collecto US Assets Management, Inc. | 1,071.26 | 0.00 | 1,071.26 |
| 6 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 6 -2 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 6 -3 | Nicor Gas | 3,222.61 | 0.00 | 3,222.61 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,082.92 |
| Remaining balance: | $ | 4,484.80 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for tardy general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 4,484.80 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | Total to be paid for subordinated claims: | $ | | 0.00 |
| | Remaining balance: | $ | | 4,484.80 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $24.67.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,460.13.

**UST Form 101-7-TFR (05/1/2011)**