**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| In re: GALLARDO, MICHAEL J | §   Case No. 13-80006 |
|       GALLARDO, AMY R | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Courthouse
    327 South Church Street
    Room 1100
    Rockford, IL  61101

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 12/18/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date:  / /                         By:    /s/ STEPHEN G. BALSLEY
                                                                                     Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GALLARDO, MICHAEL J § Case No. 13-80006
GALLARDO, AMY R §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 26,147.53 |
| *and approved disbursements of* | $ 27.57 |
| *leaving a balance on hand of* [1] | $ 26,119.96 |
| **Balance on hand:** | $ 26,119.96 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   26,119.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 2,918.74 | 0.00 | 2,918.74 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 2,625.50 | 0.00 | 2,625.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 8.00 | 0.00 | 8.00 |

Total to be paid for chapter 7 administration expenses:   $   5,552.24
Remaining balance:   $   20,567.72

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,567.72 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,567.72 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,082.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 199.84 | 0.00 | 199.84 |
| 2 | Citizens Finance of Illinois | 3,617.47 | 0.00 | 3,617.47 |
| 3 | Commonwealth Edison Company | 7,503.25 | 0.00 | 7,503.25 |
| 4 | Quantum3 Group LLC as agent for | 468.49 | 0.00 | 468.49 |
| 5 | Collecto US Assets Management, Inc. | 1,071.26 | 0.00 | 1,071.26 |
| 6 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 6 -2 | Nicor Gas | 0.00 | 0.00 | 0.00 |
| 6 -3 | Nicor Gas | 3,222.61 | 0.00 | 3,222.61 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 16,082.92 |
| Remaining balance: | $ | 4,484.80 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 4,484.80 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 4,484.80 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.2% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $24.67. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $4,460.13.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois

In re:                                                          Case No. 13-80006-TML
Michael J Gallardo                                              Chapter 7
Amy R Gallardo
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: kkrystave        Page 1 of 2         Date Rcvd: Nov 08, 2013
                              Form ID: pdf006        Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2013.
db/jdb        +Michael J Gallardo,   Amy R Gallardo,   8605 Memory Trail,   Wonder Lake, IL 60097-8407
19876810      +American Collections,   919 Estes Court,   Schaumburg, IL 60193-4436
20300116      +COLLECTO US ASSET MANAGEMNT, INC.,   c o Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-7999,   Orig By: AT&T MOBILITY
19876813       ComEd,   Attn.: Revenue Management,   2100 Swiss Drive,   Oak Brook, IL 60523
19876814      +Contract Callers Inc,   1058 Claussen Rd,   Ste 110,   Augusta, GA 30907-0301
19876815      +Credit Management,   4200 International Parkway,   Carrollton, TX 75007-1912
19876816      +Credit Protection Association,   13355 Noel Rd., Ste. 2100,   Dallas, TX 75240-6837
19876818      +EOS CCA,   700 Longwater Dr,   Norwell, MA 02061-1624
19876819      +Franks, Gerkin, & McKenna,   19333 E. Grant Highway,   PO Box 5,   Marengo, IL 60152-0005
19876820      +Global Payments Check Svc.,   POB 661158,   Chicago, IL 60666-1158
19876821     #+Greentree & Associates,   POB 3417,   Escondido, CA 92033-3417
19876822       Groot Industries, Inc.,   Post Office Box 1325,   Elk Grove Village, IL 60009-1325
19876823      +Harris & Harris,   222 Merchandise Mart Plaza,   Ste. 1900,   Chicago, IL 60654-1421
19876824      +Mercy Health System,   1000 Mineral Point Ave.,   Janesville, WI 53548-2940
19876826      +Payliance,   3 Easton Oval Ste 210,   Columbus, OH 43219-6011
19876827      #Pinnacle Financial Group,   7825 Washington Ave S., Ste. 310,   Minneapolis, MN 55439-2424
19876828      +Rockford Mercantile Agency,   2502 S. Alpine Rd.,   Rockford, IL 61108-7813
19876829       Stellar Recovery,   1327 Highway 2 W., Ste 100,   Kalispell, MT 59901-3413
19876830      +Torres Credit Services,   27 Fairview St, Ste. 301,   Carlisle, PA 17015-3200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19876808       E-mail/PDF: recoverybankruptcy@afninet.com Nov 09 2013 00:41:00      AFNI,   404 Brock Drive,
                Post Office Box 3427,   Bloomington, IL 61702-3427
20014216      +E-mail/Text: bankruptcy@cavps.com Nov 09 2013 00:39:01      Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2322
19876811      +E-mail/Text: cphillips@citizensfinance.com Nov 09 2013 00:37:44      Citizens Finance of Illinois,
                60 W. Terra Cotta Ave,   Unit D,   Crystal Lake, IL 60014-3548
19876812       E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Nov 09 2013 00:38:34       ComCast,
                2508 West Route 120,   McHenry, IL 60051-4712
20224559      +E-mail/Text: legalcollections@comed.com Nov 09 2013 00:39:23       Commonwealth Edison Company,
                Attn: Bankruptcy Section,   3 Lincoln Center, 4th Floor,   Oakbrook Terrace, IL 60181-4204
19876817       E-mail/Text: bknotice@erccollections.com Nov 09 2013 00:38:39       Enhanced Recovery Corporation,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
19876825      +E-mail/Text: bankrup@aglresources.com Nov 09 2013 00:37:33       Nicor Gas,
                Attn: Bankruptcy Dept.,   Post Office Box 549,   Aurora, IL 60507-0549
20278416       E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2013 00:38:17       Quantum3 Group LLC as agent for,
                EC2N Trust,   PO Box 788,   Kirkland, WA 98083-0788
20730803       E-mail/PDF: rmscedi@recoverycorp.com Nov 09 2013 00:43:35
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19876831       Unrelated Third Party
19876809     ##+Allgate Financial,   707 Skokie Blvd., Ste. 375,   Northbrook, IL 60062-2882
                                                                                  TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2013                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-3          User: kkrystave          Page 2 of 2          Date Rcvd: Nov 08, 2013
                              Form ID: pdf006          Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com
              Stephen G Balsley    sbalsley@bslbv.com, IL47@ecfcbis.com
                                                                                        TOTAL: 4
```