**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: GALLARDO, MICHAEL J | § | Case No. 13-80006 |
| GALLARDO, AMY R | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $11,473.00                     Assets Exempt: $14,958.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $16,107.59        Claims Discharged
                                                   Without Payment: $8,217.00

Total Expenses of Administration: $5,579.81

---

    3) Total gross receipts of $ 26,147.53 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 4,460.13 (see **Exhibit 2**), yielded net receipts of $21,687.40 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,579.81 | 5,579.81 | 5,579.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 21,711.00 | 22,552.81 | 16,107.59 | 16,107.59 |
| **TOTAL DISBURSEMENTS** | $21,711.00 | $28,132.62 | $21,687.40 | $21,687.40 |

4) This case was originally filed under Chapter 7 on January 02, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2014          By: /s/STEPHEN G. BALSLEY
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/6th interest (Joint Debtor) Grandma's Estate | 1229-000 | 26,147.53 |
| **TOTAL GROSS RECEIPTS** | | **$26,147.53** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| AMY R. GALLARDO | Dividend paid 100.00% on $4,460.13; Claim# SURPLUS; Filed: $4,460.13; Reference: | 8200-002 | 4,460.13 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$4,460.13** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,918.74 | 2,918.74 | 2,918.74 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,625.50 | 2,625.50 | 2,625.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 8.00 | 8.00 | 8.00 |
| Rabobank, N.A. | 2600-000 | N/A | 27.57 | 27.57 | 27.57 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $5,579.81 | $5,579.81 | $5,579.81 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry Portfolio Services | 7100-000 | N/A | 199.84 | 199.84 | 199.84 |
| 1I | Cavalry Portfolio Services | 7990-000 | N/A | 0.31 | 0.31 | 0.31 |
| 2 | Citizens Finance of Illinois | 7100-000 | 7,184.00 | 3,617.47 | 3,617.47 | 3,617.47 |
| 2I | Citizens Finance of Illinois | 7990-000 | N/A | 5.55 | 5.55 | 5.55 |
| 3 | Commonwealth Edison Company | 7100-000 | 965.00 | 7,503.25 | 7,503.25 | 7,503.25 |
| 3I | Commonwealth Edison Company | 7990-000 | N/A | 11.51 | 11.51 | 11.51 |
| 4 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 468.49 | 468.49 | 468.49 |
| 4I | Quantum3 Group LLC as agent for | 7990-000 | N/A | 0.72 | 0.72 | 0.72 |
| 5 | Collecto US Assets Management, Inc. | 7100-000 | N/A | 1,071.26 | 1,071.26 | 1,071.26 |
| 5I | Collecto US Assets Management, Inc. | 7990-000 | N/A | 1.64 | 1.64 | 1.64 |
| 6 | Nicor Gas | 7100-000 | N/A | 3,222.61 | 0.00 | 0.00 |
| 6 -2 | Nicor Gas | 7100-000 | N/A | 3,222.61 | 0.00 | 0.00 |
| 6 -3 | Nicor Gas | 7100-000 | 5,345.00 | 3,222.61 | 3,222.61 | 3,222.61 |
| 6I-3 | Nicor Gas | 7990-000 | N/A | 4.94 | 4.94 | 4.94 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Franks, Gerkin, & McKenna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Payments Check Svc. | 7100-000 | 47.00 | N/A | N/A | 0.00 |
| NOTFILED | EOS CCA | 7100-000 | 1,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Protection Association | 7100-000 | 281.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhanced Recovery Corporation | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management | 7100-000 | 305.00 | N/A | N/A | 0.00 |
| NOTFILED | Greentree & Associates | 7100-000 | 353.00 | N/A | N/A | 0.00 |
| NOTFILED | Groot Industries, Inc. | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Payliance | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Group | 7100-000 | 1,250.00 | N/A | N/A | 0.00 |
| NOTFILED | Mercy Health System | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | Stellar Recovery | 7100-000 | 847.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Torres Credit Services | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | ComCast | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Mercantile Agency | 7100-000 | 270.00 | N/A | N/A | 0.00 |
| NOTFILED | AFNI | 7100-000 | 260.00 | N/A | N/A | 0.00 |
| NOTFILED | American Collections | 7100-000 | 1,040.00 | N/A | N/A | 0.00 |
| NOTFILED | Allgate Financial | 7100-000 | 468.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $21,711.00 | $22,552.81 | $16,107.59 | $16,107.59 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80006  
**Case Name:** GALLARDO, MICHAEL J  
GALLARDO, AMY R  
**Period Ending:** 02/25/14

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 01/02/13 (f)  
**§341(a) Meeting Date:** 01/31/13  
**Claims Bar Date:** 05/07/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Money card | 5.00 | 0.00 | | 0.00 | FA |
| 2 | Miscellaneous household goods and furnishings | 900.00 | 0.00 | | 0.00 | FA |
| 3 | Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Anticipated tax refund (most due to EIC).<br>Value changed per Amended Schedules B and C filed 04/25/2013. | 8,168.00 | 0.00 | | 0.00 | FA |
| 5 | 1996 Dodge Grand Caravan. | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1/6th interest (Joint Debtor) Grandma's Estate (u)<br>See Amended Schedules B & C filed 04/25/2013.<br>See Order disallowing exemption entered 05/29/2013. | Unknown | 26,147.53 | | 26,147.53 | FA |
| 6 | **Assets  Totals** (Excluding unknown values) | **$11,473.00** | **$26,147.53** | | **$26,147.53** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    November 4, 2013  (Actual)

Printed: 02/25/2014 01:22 PM    V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 13-80006 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Case Name:** | GALLARDO, MICHAEL J | | **Bank Name:** | Rabobank, N.A. |
| | GALLARDO, AMY R | | **Account:** | ******1566 - Checking Account |
| **Taxpayer ID #:** | **-***1871 | | **Blanket Bond:** | $736,000.00   (per case limit) |
| **Period Ending:** | 02/25/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/08/13 | {6} | Viola Brown, Estate | Debtor, Amy Gallardo, inheritance of her grandmother's estate | 1229-000 | 26,147.53 | | 26,147.53 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.57 | 26,119.96 |
| 12/18/13 | 101 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,918.74, Trustee Compensation;  Reference: | 2100-000 | | 2,918.74 | 23,201.22 |
| 12/18/13 | 102 | AMY R. GALLARDO | Dividend paid 100.00% on $4,460.13; Claim# SURPLUS; Filed: $4,460.13; Reference: | 8200-002 | | 4,460.13 | 18,741.09 |
| 12/18/13 | 103 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 2,633.50 | 16,107.59 |
| | | | Dividend paid 100.00%    2,625.50 on $2,625.50;  Claim# ; Filed: $2,625.50 | 3110-000 | | | 16,107.59 |
| | | | Dividend paid 100.00%    8.00 on $8.00;  Claim# ; Filed: $8.00 | 3120-000 | | | 16,107.59 |
| 12/18/13 | 104 | Cavalry Portfolio Services | Combined Check for Claims#1,1I | | | 200.15 | 15,907.44 |
| | | | Dividend paid 100.00%    199.84 on $199.84;  Claim# 1; Filed: $199.84 | 7100-000 | | | 15,907.44 |
| | | | Dividend paid 100.00%    0.31 on $0.31;  Claim# 1I; Filed: $0.31 | 7990-000 | | | 15,907.44 |
| 12/18/13 | 105 | Citizens Finance of Illinois | Combined Check for Claims#2,2I | | | 3,623.02 | 12,284.42 |
| | | | Dividend paid 100.00%    3,617.47 on $3,617.47;  Claim# 2; Filed: $3,617.47 | 7100-000 | | | 12,284.42 |
| | | | Dividend paid 100.00%    5.55 on $5.55;  Claim# 2I; Filed: $5.55 | 7990-000 | | | 12,284.42 |
| 12/18/13 | 106 | Collecto US Assets Management, Inc. | Combined Check for Claims#5,5I | | | 1,072.90 | 11,211.52 |
| | | | Dividend paid 100.00%    1,071.26 on $1,071.26;  Claim# 5; Filed: $1,071.26 | 7100-000 | | | 11,211.52 |
| | | | Dividend paid 100.00%    1.64 on $1.64;  Claim# 5I; Filed: $1.64 | 7990-000 | | | 11,211.52 |
| 12/18/13 | 107 | Commonwealth Edison Company | Combined Check for Claims#3,3I | | | 7,514.76 | 3,696.76 |
| | | | Dividend paid 100.00%    7,503.25 | 7100-000 | | | 3,696.76 |

Subtotals :    $26,147.53    $22,450.77

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-80006  
**Case Name:** GALLARDO, MICHAEL J  
GALLARDO, AMY R  
**Taxpayer ID #:** **-***1871  
**Period Ending:** 02/25/14

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1566 - Checking Account  
**Blanket Bond:** $736,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $7,503.25;  Claim# 3;<br>Filed: $7,503.25 | | | | |
| | | | Dividend paid 100.00%       11.51<br>on $11.51;  Claim# 3I;<br>Filed: $11.51 | 7990-000 | | | 3,696.76 |
| 12/18/13 | 108 | Nicor Gas | Combined Check for Claims#6 -3,6I-3 | | | 3,227.55 | 469.21 |
| | | | Dividend paid 100.00%     3,222.61<br>on $3,222.61;  Claim# 6<br>-3; Filed: $3,222.61 | 7100-000 | | | 469.21 |
| | | | Dividend paid 100.00%        4.94<br>on $4.94;  Claim# 6I-3;<br>Filed: $4.94 | 7990-000 | | | 469.21 |
| 12/18/13 | 109 | Quantum3 Group LLC as agent for | Combined Check for Claims#4,4I | | | 469.21 | 0.00 |
| | | | Dividend paid 100.00%      468.49<br>on $468.49;  Claim# 4;<br>Filed: $468.49 | 7100-000 | | | 0.00 |
| | | | Dividend paid 100.00%        0.72<br>on $0.72;  Claim# 4I;<br>Filed: $0.72 | 7990-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 26,147.53 | 26,147.53 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 26,147.53 | 26,147.53 | |
| Less: Payments to Debtors | | 4,460.13 | |
| **NET Receipts / Disbursements** | **$26,147.53** | **$21,687.40** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******1566** | 26,147.53 | 21,687.40 | 0.00 |
| | **$26,147.53** | **$21,687.40** | **$0.00** |

{} Asset reference(s)

Printed: 02/25/2014 01:22 PM     V.13.14